■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLAN EDWARDS, Appellant. [607 NYS2d 500] —Appeal from a judgment of the County Court of Franklin County (Main, Jr., J.), rendered February 22, 1993, convicting defendant upon his plea of guilty of the crime of assault in the second degree.

We reject defendant's contention that his sentence of 2⅓ to 7 years' imprisonment for striking a police officer on the head with a metal pipe while the officer was in the process of arresting defendant's brother is unduly excessive. Although defendant may have been given the harshest available sentence, it must be remembered that defendant received a substantial benefit by being allowed to plead to assault in the second degree when he was originally charged with assault in the first degree. Defendant has failed to present compelling circumstances sufficient to justify disturbing his sentence.

Cardona, P. J., Mikoll, Crew III, Casey and Weiss, JJ., concur. Ordered that the judgment is affirmed.

■ In the Matter of the Claim of SUZANNE BICJAN, Respondent. NEW YORK CITY BOARD OF EDUCATION, Appellant; JOHN F. HUDACS, as Commissioner of Labor, Respondent. [607 NYS2d 200] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 7, 1992, which ruled that claimant was entitled to receive unemployment insurance benefits.

We find substantial evidence to support the Board's finding that claimant, who had been employed as a substitute teacher during the 1990-1991 school year, had no reasonable assurance of employment during the next school year and was thus eligible to receive unemployment insurance benefits during the summer of 1991. We have considered the employer's other arguments and find them to be without merit.

Cardona, P. J., Mikoll, Crew III, Casey and Weiss, JJ., concur. Ordered that the decision is affirmed, without costs.